# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SANDUSKY WELLNESS CENTER, LLC, | ) | CASE NO. 3:16-CV-00136-JZ |
| | ) | |
| | ) | JUDGE JACK ZOUHARY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **UNOPPOSED MOTION TO ADMIT** |
| MULTIPLAN, INC. and JOHN DOES 1-10, | ) | **DANIEL P. GUILLORY** *PRO HAC VICE* |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 83.5(h), the undersigned counsel for Defendant MultiPlan, Inc. ("MultiPlan") who is admitted to practice in the United States District Court for the Northern District of Ohio, respectfully moves this Court to admit *pro hac vice* Daniel P. Guillory to practice before this Court in the above-captioned case and to have Mr. Guillory admitted as attorney of record for MultiPlan on the Court's docket. The undersigned counsel states that he has consulted with counsel for plaintiff and plaintiff's counsel has no opposition to this motion.

Mr. Guillory is an associate with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, Chase North Tower, 450 Laurel Street, 20th Floor, Baton Rouge 70801. Mr. Guillory can be contacted at: Telephone: (225) 381-7042; Fax: (225) 382-0242 and E-mail: dguillory@bakerdonelson.com. Mr. Guillory's Louisiana Bar No. is 31180.

Mr. Guillory was admitted to practice on October 18, 2007 and is a member in good standing of the bar of the State of Louisiana and all courts in the State of Louisiana. Mr. Guillory was admitted to practice on November 29, 2007 in U.S. District Court for the Eastern District of Louisiana, on November 29, 2007 in U.S. District Court for the Middle District of Louisiana, and on November 29, 2007 in U.S. District Court for the Western District of Louisiana. Mr. Guillory is also admitted to practice in the U.S. District Court for the District

8983176 v1

of Colorado on August 3, 2015 and U.S. Court of Appeals for the Fifth Circuit on November 15, 2007.

Mr. Guillory does not have any disciplinary actions pending against him. *See* Certificate Good Standing attached hereto as Exhibit A.

Mr. Guillory has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor has he ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Based upon the foregoing, the undersigned requests an order of this Court granting Mr. Guillory admission to practice *pro hac vice* throughout the pendency of the instant case as counsel for MultiPlan.

Dated: February 26, 2016.

                                                 Respectfully submitted,

                                                 /s/ *Eric L. Zalud*
                                                 ERIC LARSON ZALUD (0038959)
                                                 DAVID M. KRUEGER (0085072)
                                                 ANTHONY C. SALLAH (0092603)
                                                 Benesch, Friedlander, Coplan & Aronoff LLP
                                                 200 Public Square, Suite 2300
                                                 Cleveland, Ohio 44114
                                                 T: 216-363-4178 F: 216-363-4588
                                                 ezalud@beneschlaw.com
                                                 dkrueger@beneschlaw.com
                                                 asallah@beneschlaw.com

                                                 *Attorneys for Defendant MultiPlan, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Unopposed Motion to Admit Daniel Guillory Pro Hac Vice* was filed electronically on February 26, 2016 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's electronic case filing system.

/s/ *Eric L. Zalud*
One of the Attorneys for Defendant
MultiPlan, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SANDUSKY WELLNESS CENTER, LLC, | ) ) ) | CASE NO. 3:16-CV-00136-JZ |
| | ) | JUDGE JACK ZOUHARY |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER ADMITTING** |
| MULTIPLAN, INC. and JOHN DOES 1-10, | ) ) ) | **DANIEL P. GUILLORY *PRO HAC VICE*** |
| Defendants. | ) ) | |

This matter came before the Court upon the Motion to Admit Daniel P. Guillory *Pro Hac Vice*, with accompanying Certificate of Good Standing, and the Court having reviewed this motion and otherwise being fully advised in the premises, it is hereby,

ORDERED that the foregoing motion is granted and Daniel Guillory of the law firm of Baker Donelson Bearman Caldwell & Berkowitz is hereby admitted to the Bar of this Court *Pro Hac Vice* for all purposes relating to the representation of Defendant MultiPlan in the above-captioned matter.

Dated this _____ day of February, 2016.

_____
JUDGE JACK ZOUHARY