IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sandusky Wellness Center, LLC, | Case No. 3:16 CV 136 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Multiplan, Inc., et al., | |
| Defendants. | |

Pending before this Court is the Joint Notice of Settlement and Intention to File Joint Stipulation of Dismissal Within Sixty (60) Days (Doc. 27). This Court held a Phone Status on June 28, 2016. Counsel present: Brian Wanca for Plaintiff and Daniel Guillory for Defendant.

After discussion, this Court understands the individual claims are settled with prejudice and the class claims are being dismissed without prejudice. The subsequent Dismissal, setting forth any specific settlement terms and conditions, filed within sixty (60) days shall supersede this Order. Case is closed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 29, 2016